

**FILED**

APR 17 2013 W

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

US Bankruptcy Court
Northern District of California (San Francisco)
CASE# 13-30790HLB7
Chapter 7
Ollie Mae Ferguson

*Notice regarding Termination of my attorney.*

To Whom It May Concern:

Please be advised, I Ollie Mae Ferguson, is no longer represented by Attorney Cassie M. Rubald (459 Fulton St. Ste 301 SF CA 94102), effective April 11, 2013.

Ms. Rubald neglected to properly complete the US Bankruptcy Court request to supply documentation to support my Chapter 7, in a timely manner.

Should you have any questions or concerns, please contact the undersigned.

Sincerely,

*Ollie Ferguson*
Ollie Ferguson
259 Farallones St.
San Francisco, CA 94112
(415) 710-4310